STATE OF NORTH CAROLINA v. ALBERT (ALTON) E. BARNES.

(Filed 19 December 1963.)

ON *certiorari* further to review an order in a post conviction hearing held by *Mintz, J.*, on February 6, 1963, denying defendant's prayer for a new trial because of alleged denial of his constitutional rights in a jury trial and conviction in the Superior Court of ONSLOW County, North Carolina. The defendant was convicted of a felony and sentenced to a term of imprisonment in the Superior Court of Onslow County at its October Term, 1961. This Court, on April 16, 1963, denied the defendant's application for *certiorari* to review Mintz's order of February 6, 1963.

The defendant applied for and was granted a *writ of certiorari* by the Supreme Court of the United States. At its October Term, 1963, that Court ordered that the judgment of this Court of April 16, 1963, denying *certiorari*, be vacated and " . . . this cause be remanded to the Supreme Court of North Carolina for further consideration in the light of *Gideon v. Wainwright*, 372 U.S. 335."

*T. W. Bruton, Attorney General, James F. Bullock, Assistant Attorney General for the State.*

*Earl Whitted, Jr., Samuel S. Mitchell for petitioner appellant.*

PER CURIAM.  After further review upon the application of the above named defendant, this Court concludes the defendant's constitutional rights as defined by the Supreme Court of the United States in *Gideon v. Wainwright* were not afforded him at his trial at the October Term, 1961, in the Superior Court of Onslow County. The verdict of guilty and the judgment of imprisonment thereon are, therefore, set aside and a new trial is ordered.

New trial.